| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| CENTRAL DISTRICT OF CALIFORNIA | |
| Case number *(if known)* _____ Chapter 11 | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**   Starship Logistics LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**   83-2374596

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2711 E DOMINGUEZ ST<br>Long Beach, CA 90810<br>*Number, Street, City, State & ZIP Code* | 2050 Main Street, Suite 130<br>Irvine, CA 92614<br>*P.O. Box, Number, Street, City, State & ZIP Code* |
| Los Angeles<br>*County* | **Location of principal assets, if different from principal place of business**<br><br>*Number, Street, City, State & ZIP Code* |

**5. Debtor's website (URL)**   www.rpgstarship.com

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Starship Logistics LLC**    Case number (*if known*) _____
_____Name_____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4885__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor __Starship Logistics LLC_____  Case number (*if known*)_____
      Name

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** |
|---|---|

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
           Contact name _____
           Phone _____

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:* |
|---|---|---|

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|
| 15. | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| Debtor | Starship Logistics LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 28, 2024
               MM / DD / YYYY

X _[signature]_                                              CLARENCE XU
Signature of authorized representative of debtor             Printed name

Title    Chief Executive Officer and Managing Director

**18. Signature of attorney**

X    /s/ Susan K. Seflin                                     Date    October 28, 2024
Signature of attorney for debtor                                     MM / DD / YYYY

Susan K. Seflin 213865
Printed name

BG LAW LLP
Firm name

21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Number, Street, City, State & ZIP Code

Contact phone    (818) 827-9000        Email address    sseflin@bg.law

213865 CA
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Starship Logistics LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 2050 Main Street Holdings, LLC  2050 Main St, Ste 220  Irvine, CA 92614 | amanrique@greenlawpartners.com  (949) 407-7344 | | | | | $29,202.20 |
| American Power Security Service Inc  1451 Rimpau Ave  Corona, CA 92879 | security.americanpowersecurity@gmail.com  (866) 974-9994 | | | | | $21,754.60 |
| BMO Harris Bank, N.A.  PO Box 7167  Pasadena, CA 91109 | (800)841-4433 | | | | | $299,288.10 |
| BofA CreditCard 1  888 W 7th St, STE 100  Los Angeles, CA 90017 | (213) 614-0961 | | | | | $43,547.76 |
| BofA CreditCard 2  888 W 7th St, STE 100  Los Angeles, CA 90017 | (213) 614-0961 | | | | | $32,460.46 |
| Cal-Lift, Inc.  2026 W Valley Blvd  Colton, CA 92324 | lmata@cal-lift.com  (800) 322-5438 | | | | | $18,699.62 |
| EastGroup Properties Inc.  400 W Parkway Place Suite 100  Ridgeland, MS 39157 | accounting@eastgroup.net  (601) 354-3555 | | Disputed | | | $693,841.92 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

| Debtor | Starship Logistics LLC | | | Case number (if known) | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Etekcity Corporation c/o Yukevich Cavanaugh 355 S. Grand Ave., 15th Fl Los Angeles, CA 90071 | 213-362-7777 | OCSC Case No. 30-2022-01260915-CU-BC-CJC | Disputed | | | $110,000.00 |
| Forklift Nation, Inc. 8324 Allport Ave Santa Fe Springs, CA 90670 | INFO@FORKLIFTNATION.COM (888) 329-5438 | | | | | $15,976.77 |
| Forward Financing LLC 53 State Street, 20th Floor Boston, MA 02109 | | Loan | | | | $41,919.66 |
| Hawthorne Demolition Inc DBA California Demolition 11826 Prairie Ave. Hawthorne, CA 90250 | (310) 978-9624 | | | | | $98,000.00 |
| International Forklift Co. 12358 McCann Dr Santa Fe Springs, CA 90670 | IFC-LAW@IFCFORKLIFT.COM (562) 903-0940 | | | | | $23,036.48 |
| Interpool Inc.,dba Trac Intermodal 750 College Rd E Princeton, NJ 08540 | tgorrie@tracintermodal.com (877) 987-2226 | | | | | $35,455.70 |
| MDRN Staffing 14311 Valley View Ave Suite 101A Santa Fe Springs, CA 90670 | MDRN@mdrnstaffing.com (619)310-9927 | | Disputed | | | $160,084.62 |
| Norm Wilson & Sons, Inc. 3400 E. Spring St Long Beach, CA 90806 | (562) 634-7933 | | | | | $8,837.00 |
| Perris Fence & Supply, Inc. dba A&G Sales 11926 Woodruff Ave Downey, CA 90241 | agfencesupply@aol.com (562) 803-1888 | | | | | $15,826.02 |
| Pierpoint Trans Line, Inc. 23000 S Avalon Blvd. Carson, CA 90745 | (310) 549-0100 | | | | | $55,535.00 |

Debtor  Starship Logistics LLC  
    Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Price Transfer, Inc.  2790 E Del Amo Blvd #893  Compton, CA 90221 | rosieosorio@pricetransfer.com  (800) 397-7423 | | | | | $47,765.85 |
| The ADT Security Corporation  21171 S Western Ave  Torrance, CA 90501 | letigracrayton@everonsolutions.com  (310) 803-9613 | | | | | $40,547.67 |
| Watson Land Company  22010 S Wilmington Ave  Carson, CA 90745 | jcornell@watsonlandcompany.com  (310) 952-6400 | | Disputed | | | $1,786,572.62 |

Starship Logistics, LLC

# **RESOLUTION TO FILE PETITION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

WHEREAS, Starship Logistics, LLC ("Company") is insolvent and unable to pay its debts as they mature, and it would be in the best interests of the Company and its creditors to reorganize under the Bankruptcy Code, it is hereby

RESOLVED, that a petition under the provisions of chapter 11 of the Bankruptcy Code (the "Bankruptcy Petition") shall be filed by the Company with the United States Bankruptcy Court, Central District of California (the "Bankruptcy Court"), on October 28, 2024, or such other date as is determined to be optimal;

RESOLVED FURTHER, that Clarence Xu, the current Chief Executive Officer of the Company and Managing Director, shall be the Designated Officer for all matters unless Clarence Xu designates a different officer of the Company for any particular purpose or purposes;

RESOLVED FURTHER, that the Designated Officer is hereby authorized, on behalf of and in the name of the Company, to execute the Bankruptcy Petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a chapter 11 bankruptcy case on October 28, 2024, or such other date as is determined to be optimal by the Designated Officer;

RESOLVED FURTHER, that the Designated Officer is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel for the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which the Designated Officer deems necessary and proper in connection with the Company's bankruptcy case without further approval of the Board provided such action is within the ordinary course of the Company's business and bankruptcy case.  Such ordinary course actions shall include, but not be limited to, employing counsel and other professionals (both prior to and after the Company's bankruptcy filing), seeking Bankruptcy Court approval of a plan or other necessary motions, commencing litigation as necessary and negotiating with creditors, landlords and any other party in interest as needed, employing counsel and other professionals, seeking Bankruptcy Court approval of a plan, disclosure statement or any other relief that may be appropriate.

Starship Logistics LLC

_____
Clarence Xu, Chief Executive Officer
And Managing Director

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Susan K. Seflin 213865<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>(818) 827-9000 Fax: (818) 827-9099<br>California State Bar Number: 213865 CA<br>sseflin@bg.law | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re: | |
|---|---|
| Starship Logistics LLC | CASE NO.:<br>CHAPTER: 11 |
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __8__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: October 28, 2024

_____
Signature of Debtor 1

Date: 

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: October 28, 2024

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                     F 1007-1.MAILING.LIST.VERIFICATION

```
Starship Logistics LLC
2050 Main Street, Suite 130
Irvine, CA 92614


Susan K  Seflin
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367


U  S  Trustee   Los Angeles Division
915 Wilshire Blvd , Suite 1850
Los Angeles, CA 90017
```

2050 Main Street Holdings, LLC
2050 Main St, Ste 220
Irvine, CA 92614


Alhambra   Primo Water
200 Eagles Landing Boulevard
Lakeland, FL 33810


American Power Security Service Inc
1451 Rimpau Ave
Corona, CA 92879


Andrew J  Haley, Esq
Shoreline Law Corporation
233 Wilshire Boulevard, Suite 280
Santa Monica, CA 90401


Approved Backflow
Attn: Jerry Montano
12345 Mountain Ave
Chino, CA 91710


Artemis Brokerage LLC
c/o Rick Ma
1120 Huntingon Drive
San Marino, CA 91108


BMO Harris Bank, N A
PO Box 7167
Pasadena, CA 91109


BofA CreditCard 1
888 W 7th St, STE 100
Los Angeles, CA 90017

```
BofA CreditCard 2
888 W 7th St, STE 100
Los Angeles, CA 90017


Buckner Robinson   Mirkovich
3146 Red Hill Ave #200
Costa Mesa, CA 92626


Cal Lift, Inc
2026 W Valley Blvd
Colton, CA 92324


California Fire Protection   Backfl
647 Camino De Los Mares, Suite 108
San Clemente, CA 92673


Cargo Cove Capital LLC
2050 Main Street, Suite 130
Irvine, CA 92614


Coastal Door   Dock Equipment
10030 Artesia Blvd
Bellflower, CA 90707


EastGroup Properties Inc
400 W Parkway Place Suite 100
Ridgeland, MS 39157


Etekcity Corporation
c/o Yukevich Cavanaugh
355 S  Grand Ave , 15th Fl
Los Angeles, CA 90071
```

Forklift Nation, Inc
8324 Allport Ave
Santa Fe Springs, CA 90670

Forward Financing LLC
53 State Street, 20th Floor
Boston, MA 02109

Frank Gooch III
401 Wilshire Blvd, Ste 850
Santa Monica, CA 90401

Franks Lock and Key
Leo O Ringer
1417 Marcelina Ave,
Torrance, CA 90501-3210

Frontier
15658 Pomona Rincon Rd
Chino Hills, CA 91709

Hawthorne Demolition Inc
DBA California Demolition
11826 Prairie Ave
Hawthorne, CA 90250

International Forklift Co
12358 McCann Dr
Santa Fe Springs, CA 90670

Interpool Inc ,dba Trac Intermodal
750 College Rd E
Princeton, NJ 08540

```
ITC Diligence, Inc
4010 Watson Plaza Dr Suite 138
Lakewood, CA 90712


Kyle P Kelley, Esq
PO Box 955
Aledo, TX 76008


Long Beach City Locksmiths
623 W Pacific Coast Hwy
Long Beach, CA 90806


Mass Transit Properties, LLC
c/o McGarrigle, Kenney  Zampiello
9600 Topanga Canyon Blvd, Suite 200
Chatsworth, CA 91311


MDRN Staffing
14311 Valley View Ave Suite 101A
Santa Fe Springs, CA 90670


Nick's Electrical Contractors Inc
11223 Yucca Dr, Riverside
Riverside, CA 92505


Norm Wilson  Sons, Inc
3400 E  Spring St
Long Beach, CA 90806


Perris Fence  Supply, Inc
dba A G Sales
11926 Woodruff Ave
Downey, CA 90241
```

Pierpoint Trans Line, Inc
23000 S Avalon Blvd
Carson, CA 90745

Premier Fire Consulting LLC
4050 Katella Ave
Los Alamitos, CA 90720

Price Transfer, Inc
2790 E Del Amo Blvd #893
Compton, CA 90221

Security of Los Angeles
7916 Ajay Drive
Sun Valley, CA 91352

Select Equipment Sales, Inc
6911 8th St
Buena Park, CA 90620

Southwest Material Handling, Inc
PO Box 1070
Mira Loma, CA 91752

Spectrum Enterprise
2935 Redondo Ave
Long Beach, CA 90806

Startranz
2751 E Dominguez St
Long Beach, CA 90810

Suburban Propane
PO Box 12027
Fresno, CA 93776


The ADT Security Corporation
21171 S Western Ave
Torrance, CA 90501


The Better Water Company
7331 Edinger Avenue
Huntington Beach, CA 92647


The Flying Locksmiths of San Jose
6412 Spring Meadow Ct
San Jose, CA 95135


Toshiba Business Solutions
25530 Commercentre Dr
Lake Forest, CA 92630


Uline
12575 Uline Drive
Pleasant Prairie, WI 53158


Vine Clouds Technologies
790 E Colorado Blvd  Suite 350
Pasadena, CA 91101


Waste Resources Carson
850 E 111th P
Los Angeles, CA 90059

```
Watson Land Company
22010 S Wilmington Ave
Carson, CA 90745


Weatherite
21211 Commerce Pointe Dr
Walnut, CA 91789
```