| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| STEVEN T. GUBNER - Bar No. 156593<br>SUSAN K. SEFLIN - Bar No. 213865<br>JESSICA L. BAGDANOV - Bar No. 281020<br>BG LAW LLP<br>21650 Oxnard St., Suite 500<br>Woodland Hills, CA 91367<br>Telephone: (818) 827-9000; Fax: (818) 827-9099<br>Email: sgubner@bg.law<br>       sseflin@bg.law<br>       jbagdanov@bg.law<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Chapter 11 Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Starship Logistics LLC,<br><br><br><br><br><br><br><br><br><br>                                           Debtor(s). | CASE NO.: 2:24-bk-18834-BR<br>CHAPTER: 11<br><br>**STATEMENT REGARDING**<br>**CASH COLLATERAL OR**<br>**DEBTOR IN POSSESSION FINANCING**<br>**[FRBP 4001; LBR 4001-2]**<br><br>DATE: TBD<br>TIME: TBD<br>COURTROOM: 1668<br>ADDRESS: United States Bankruptcy Court<br>255 E. Temple Street<br>Los Angeles, CA 90012 |
|---|---|

Secured party(ies): Mass Transit Properties LLC

The Debtor has requested the approval of either (1) a motion for use of cash collateral, or postpetition financing, or both, or (2) through a separately-filed motion, a stipulation providing for the use of cash collateral, or postpetition financing, or both. The proposed form of order on the motion or the stipulation contains the following provisions or findings of fact:

| | **Disclosures Tracking FRBP 4001(c)(1)(B)(i) through (xi) and (d)(1)(B)** | Page No.: | Line No. (if applicable) |
|---|---|---|---|
| ☐ | (i): "[A] grant of priority or a lien on property of the estate under § 364(c) or (d)" | | |
| ☒ | (ii): "[T]he providing of adequate protection or priority for a claim that arose before the commencement of the case, including the granting of a lien on property of the estate to secure the claim, or the use of property of the estate or credit obtained under § 364 to make cash payments on account of the claim" | 2 | 26 |
| | ☐ Cross-collateralization, *i.e.*, clauses that secure prepetition debt by postpetition assets in which the secured party would not otherwise have a security interest by virtue of its prepetition security agreement or applicable law | | |
| | ☐ Roll-up, *i.e.*, provisions deeming prepetition debt to be postpetition debt or using postpetition loans from a prepetition secured party to pay part or all of that secured party's prepetition debt, other than as provided in § 552(b) | | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | | | |
|---|---|---|---|
| | *Continued from page 1* <br> ☐  Grant a replacement lien in an amount in excess of the dollar amount of the lien on cash collateral as of the petition date | | |
| ☐ | (iii): "[A] determination of the validity, enforceability, priority, or amount of a claim that arose before the commencement of the case, or of any lien securing the claim" | | |
| ☐ | (iv): "[A] waiver or modification of Code provisions or applicable rules relating to the automatic stay" <br> ☐  Automatic relief from the automatic stay upon occurrence of certain events. | | |
| ☐ | (v): "[A] waiver or modification of any entity's authority or right to file a plan, seek an extension of time in which the debtor has the exclusive right to file a plan, request the use of cash collateral under § 363(c), or request authority to obtain credit under § 364" | | |
| ☐ | (vi): "[T]he establishment of deadlines for filing a plan of reorganization, for approval of a disclosure statement, for a hearing on confirmation, or for entry of a confirmation order" | | |
| ☐ | (vii): "[A] waiver or modification of the applicability of nonbankruptcy law relating to the perfection of a lien on property of the estate, or on the foreclosure or other enforcement of the lien" | | |
| ☐ | (viii): "[A] release, waiver, or limitation on any claim or other cause of action belonging to the estate or the trustee, including any modification of the statute of limitations or other deadline to commence an action" | | |
| ☐ | (ix): "[T]he indemnification of any entity" | | |
| ☐ | (x): "[A] release, waiver, or limitation of any right under § 506(c)" <br> ☐  The granting of any lien on any claim or cause of action arising under § 506(c) | | |
| ☐ | (xi): "The granting of any lien on any claim or cause of action arising under §§ 544, 545, 547, 548, 549, 553(b), 723(a), or 724(a)" | | |
| | **Additional Disclosures Required by LBR 4001-2** | **Page No.:** | **Line No. (if applicable)** |
| ☐ | With respect to a professional fee carve out, disparate treatment for professionals retained by a creditors' committee from that provided for the professionals retained by the debtor | | |
| ☐ | Pay down prepetition principal owed to a creditor | | |
| ☐ | Findings of fact on matters extraneous to the approval process | | |

| | | |
|---|---|---|
| 10/30/2024 | Jessica L. Bagdanov | /s/ Jessica L. Bagdanov |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                Page 2                                                F 4001-2.STMT.FINANCE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367**.

A true and correct copy of the foregoing document entitled**: STATEMENT REGARDING CASH COLLATERAL OR DEBTOR IN POSSESSION FINANCING [FRBP 4001; LBR 4001-2]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **October 30, 2024,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jessica L Bagdanov**    jbagdanov@bg.law, ecf@bg.law
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Susan K Seflin**    sseflin@bg.law
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**\*\*JUDGE'S COPY NOT REQUIRED IF LESS THAN 25 PAGES (GENERAL ORDER 23-01).**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 30, 2024,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**BY PERSONAL DELIVERY**

Honorable Barry Russell
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Courtroom 1668
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| October 30, 2024 | Mela Galvan | /s/ Mela Galvan |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):

**BY OVERNIGHT MAIL**

Mass Transit Properties, LLC
Attn: Chief Executive Officer or Authorized Agent
2555 E. Olympic Blvd.
Los Angeles, CA 90023

Mass Transit Properties, LLC
c/o McGarrigle, Kenny & Zampiello, APC
9600 Topanga Canyon Blvd., Suite 200
Chatsworth, CA 91311

**20 Largest Unsecured Creditors**

2050 Main Street Holdings, LLC
2050 Main St, Ste 220
Irvine, CA 92614

American Power Security Service Inc
1451 Rimpau Ave
Corona, CA 92879

BMO Harris Bank, N A
PO Box 7167
Pasadena, CA 91109

BofA CreditCard 1
888 W 7th St, STE 100
Los Angeles, CA 90017

BofA CreditCard 2
888 W 7th St, STE 100
Los Angeles, CA 90017

Cal Lift, Inc
2026 W Valley Blvd
Colton, CA 92324

EastGroup Properties Inc
400 W Parkway Place Suite 100
Ridgeland, MS 39157

Etekcity Corporation
c/o Yukevich Cavanaugh
355 S Grand Ave, 15th Fl
Los Angeles, CA 90071

Forklift Nation, Inc
8324 Allport Ave
Santa Fe Springs, CA 90670

Forward Financing LLC
53 State Street, 20th Floor
Boston, MA 02109

Hawthorne Demolition Inc
DBA California Demolition
11826 Prairie Ave
Hawthorne, CA 90250

International Forklift Co
12358 McCann Dr
Santa Fe Springs, CA 90670

Interpool Inc, dba Trac Intermodal
750 College Rd E
Princeton, NJ 08540

MDRN Staffing
14311 Valley View Ave Suite 101A
Santa Fe Springs, CA 90670

Norm Wilson Sons, Inc
3400 E Spring St
Long Beach, CA 90806

Perris Fence Supply, Inc
dba A G Sales
11926 Woodruff Ave
Downey, CA 90241

Pierpoint Trans Line, Inc
23000 S Avalon Blvd
Carson, CA 90745

Price Transfer, Inc
2790 E Del Amo Blvd #893
Compton, CA 90221

The ADT Security Corporation
21171 S Western Ave
Torrance, CA 90501

Watson Land Company
22010 S Wilmington Ave
Carson, CA 90745

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**