STEVEN T. GUBNER – Bar No. 156593
SUSAN K. SEFLIN – Bar No. 213865
JESSICA L. BAGDANOV – Bar No. 281020
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile:  (818) 827-9099
Email:    sgubner@bg.law
          sseflin@bg.law
          jbagdanov@bg.law

Proposed Attorneys for Chapter 11 Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Starship Logistics LLC,<br><br>Chapter 11 Debtor and Debtor in Possession. | Case No. 2:24-bk-18834-BR<br><br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF NOTICE SETTING/INCREASING INSIDER COMPENSATION**<br><br>**Re: Docket No. 43**<br><br>[No Hearing Required] |

1

1     **PLEASE TAKE NOTICE** that Starship Logistics LLC, the chapter 11 debtor and debtor in possession herein, hereby withdraws the *Notice Setting/Increasing Insider Compensation* (Docket No. 43) filed on November 26, 2024.

Dated: November 26, 2024                                     BG Law LLP

                                                           By:  */s/ Jessica L. Bagdanov*
                                                                   Jessica L. Bagdanov
                                                                   Proposed Attorneys for Chapter 11
                                                                   Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367**.

A true and correct copy of the foregoing document entitled: **NOTICE OF WITHDRAWAL OF NOTICE OF SETTING/INCREASING INSIDER COMPENSATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 26, 2024,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jessica L Bagdanov**    jbagdanov@bg.law, ecf@bg.law
- **Ronald K Brown**    ron@rkbrownlaw.com
- **Daniel C Fleming**    dfleming@wongfleming.com, sshalloo@wongfleming.com; jhaney@wongfleming.com; sfiorentino@wongfleming.com
- **James Haney**    jhaney@wongfleming.com
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Susan K Seflin**    sseflin@bg.law
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Philip A Zampiello**    philipz@mkzlaw.com, PatrickM@mkzlaw.com;MichaelK@mkzlaw.com;VanessaB@mkzlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **November 26, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**\*\*JUDGE'S COPY NOT REQUIRED IF LESS THAN 25 PAGES (GENERAL ORDER 23-01).**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **_____, 2024,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 26, 2024 | Mela Galvan | /s/ Mela Galvan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**